# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Terral Lamont Tyler                          Docket No. 4:09-CR-13-2FL

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terral Lamont Tyler, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 500 Grams of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 12, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Terral Lamont Tyler is projected to be released from custody on April 18, 2014, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has an approved release plan in the Eastern District of Virginia which is contingent upon modification of the judgment by the addition of conditions addressing his history of sexual offending. It is recommended that the judgment be modified as listed below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Terral Lamont Tyler
Docket No. 4:09-CR-13-2FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer.

3. The defendant shall have no direct or indirect contact with any person under the age of 18 without prior approval of the probation officer.

4. The defendant shall not possess any pornographic material and shall not frequent business establishments whose primary product to the consumer is pornographic materials.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the
                                                 foregoing is true and correct.


/s/ Robert L. Thornton                           /s/ Chip Williams
Robert L. Thornton                               Chip Williams
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 2 Princess Street, Suite 308
                                                 Wilmington, NC 28401-3958
                                                 Phone: 910-815-4857
                                                 Executed On: December 30, 2013


**ORDER OF COURT**

Considered and ordered this 3rd day of January, 2014, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge